IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH TWIGG,<br>　　　　Plaintiff | : | No. 3:24cv1914 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| SCHUYLKILL COUNTY;<br>READING-BERKS HR<br>MANAGEMENT, d/b/a HUBRIC<br>RESOURCES; GARY BENDER;<br>THOMAS HUBRIC; and DOREEN<br>KUTZLER,<br>　　　　Defendants | : | |

## ORDER

**AND NOW**, to wit, this 18 day of September 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendants Schuylkill County and Gary Bender's motion to dismiss, (Doc. 16), is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court